

Noel L. Hillman
Director

Gibbons P.C.
One Logan Square
130 N. 18th Street
Suite 1210
Philadelphia, PA 19103-2757
Direct: 215-446-6215 Fax: +1 215-446-6308
nhillman@gibbonslaw.com

April 11, 2025

Hon. Mary Kay Costello
U.S. Eastern District of Pennsylvania
3042 US Courthouse
601 Market Street
Philadelphia, PA  19106

>      **Re:    Patricia Martinez v. U.S. Junior Nationals, Inc.**
>             **Civil Action No.: 2:25-cv-00851-MKC**

My dear Judge Costello:

This firm represents the Defendant in the above captioned matter.  I write with the approval of Plaintiff's counsel to seek on an extension of the time for the Defendant to file its responsive pleading.  That pleading is currently due April 14, 2025.

As you know, on February 20, 2025, the Court entered an Order stating, "counsel contemplating filing a motion under Federal Rule of Civil Procedure 12(b)(6), (e), or (f), shall first contact opposing counsel to discuss the substance of the contemplated motion and to provide an opportunity to cure any alleged pleading deficiencies or strike certain matter." ECF No. 8.  The parties conferred regarding the substance of Defendant's anticipated Rule 12 motion on April 1, 2025 and April 9, 2025, and wish to continue that meet and confer process.

Accordingly, the parties have entered into the attached Stipulation extending the time for Defendant's responsive pleading until May 19, 2025.  If the enclosed Stipulation meets with the Court's approval we ask that you "So Order" it and kindly have it placed on the docket.

As always, thank you for your courtesies.

Respectfully submitted,

Noel L. Hillman
Director

NLH:cem
cc:  All Counsel of Record, via ECF

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICIA MARTINEZ, on her own behalf and on behalf of all other similarly situated, Plaintiff, <br> v. <br> U.S. JUNIOR NATIONALS, INC., Defendant. | Civil Action No. 2:25-cv-00851 |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO MOVE TO DISMISS OR OTHERWISE ANSWER PLAINTIFF'S COMPLAINT

**WHEREAS**, on February 18, 2025, Patricia Martinez ("Plaintiff") filed a complaint against United States Junior Nationals, Inc. ("Defendant") (ECF No. 1) in the United States District Court for the Eastern District of Pennsylvania;

**WHEREAS**, Defendant was served with the complaint on March 23, 2025 (*see* ECF No. 9), and thus has until April 14, 2025 to move to dismiss or otherwise answer the complaint under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure;

**WHEREAS**, on February 20, 2025, the Court entered an Order stating, "counsel contemplating filing a motion under Federal Rule of Civil Procedure 12(b)(6), (e), or (f), shall first contact opposing counsel to discuss the substance of the contemplated motion and to provide an opportunity to cure any alleged pleading deficiencies or strike certain matter.  This conference shall take place at least seven days before the filing of the motion."  ECF No. 8.;

**WHEREAS**, the parties conferred regarding the substance of Defendant's anticipated Rule 12 motion on April 1, 2025 and April 9, 2025, and why Defendant believes the complaint suffers from pleading defects that require dismissal of all of Plaintiff's claims; and

**WHEREAS**, the parties require additional time to continue those discussions;

**NOW, THEREFORE**, in light of the above-stated considerations, the undersigned parties respectfully request that the Court extend Defendant's time to move to dismiss or otherwise answer Plaintiff's complaint until May 19, 2025.

Dated:  April 11, 2025                    CONSENTED TO BY:

GIBBONS P.C.

*s/ Noel L. Hillman*
Noel L. Hillman
One Logan Square
130 North 18th Street, Suite 1210
Philadelphia, PA  19103
(T)  215-446-6215
(F)  215-446-6308
nhillman@gibbonslaw.com

Michael E. Hamburger (*pro hac vice* pending)
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
(T) 212-613-2000
(F) 212-290-2018
mhamburger@gibbonslaw.com

*Attorneys for Defendant*
U.S. Junior Nationals, Inc.

*/s/ Steven A. Schwartz*
Steven A. Schwartz (Bar ID No. 50579)
Kimberly M. Donaldson Smith (Bar ID No. 84116)
Alex M. Kashurba (Bar ID No. 319003)
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
361 Lancaster Avenue Haverford, PA 19041
Telephone: (610) 645-4720
sas@chimicles.com

kds@chimicles.com
amk@chimicles.com

James J. Rosemergy
jrosemergy@careydanis.com
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
jrosemergy@careydanis.com

*Attorneys for Plaintiff*
Patricia Martinez

SO ORDERED BY THE COURT:


_____

Hon. Mary Kay Costello


_____

Date