**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PATRICIA MARTINEZ, *on her own behalf and on behalf of all others similarly situated*,**<br>*Plaintiff,*<br><br>**v.**<br><br>**U.S. JUNIOR NATIONALS, INC.,**<br>*Defendant.* | **Civil No. 25-851** |

**ORDER**

**AND NOW**, this 26th day of August 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 17) and all corresponding briefing, it is hereby **ORDERED** that the motion is **GRANTED**, and Plaintiff's First Amended Complaint is **DISMISSED** without prejudice. Plaintiff may file a second amended complaint on or before September 25, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge